**Levi JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45298.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).